

FILED by **BA** D.C.

Sep 30, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-20495-CR-WILLIAMS/MCALILEY**

18 U.S.C. § 371

UNITED STATES OF AMERICA

v.

MICHAEL J. VAN NOSTRAND
and STRICTLY REPTILES, INC.,

       Defendants.
_____/

## INFORMATION

The Acting United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times material to this Information:

1.     Defendant **MICHAEL J. VAN NOSTRAND**, a resident of Broward County, Florida, was President of defendant **STRICTLY REPTILES, INC.,** a Florida corporation located at 6450 Stirling Road in Hollywood, Florida, which was engaged in the domestic and international wholesale trade of wildlife, including protected species of reptiles.

2.     The Lacey Act made it unlawful for any person to make or submit any false record, account, or label for, or any false identification of any wildlife, including reptiles and any part, product, egg, or offspring thereof, which has been, or is intended to be, exported, transported, sold, or purchased or transported in interstate or foreign commerce. 16 U.S.C. § 3372(d)(1), (2).

3.     In addition, the Lacey Act made it "unlawful for any person – (2) to . . . export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce – (A) any . . . wildlife

taken, possessed, transported, or sold in violation of any law or regulation of any State . . .", or attempt to do so. *See* 16 U.S.C. § 3372(a)(2)(A), 3372(a)(4).

4. The Lacey Act defines "wildlife" as "any wild animal, whether alive or dead, including without limitations any wild mammal, bird, reptile, amphibian, fish, mollusk, crustacean, arthropod, coelenterate, or other invertebrate, whether or not bred, hatched, or born in captivity, and includes any part, product, egg, or offspring thereof." 16 U.S.C. § 3371(a).

5. Regulations enacted under the Endangered Species Act, Title 16, United States Code, Section 1531, *et seq.*, also require that an exporter of wildlife complete a "Declaration for Importation or Exportation of Fish or Wildlife" (USFWS Form 3-177) and submit it to the USFWS prior to the exportation of wildlife. This official form requires that each species of wildlife to be exported be listed along with their respective scientific name, Convention on International Trade in Endangered Species of Wild Fauna and Flora permit numbers (CITES) (for CITES-listed species), the quantity of animals by species, the source of the wildlife to be exported (whether "wild-caught" or "captive-bred"), and the monetary values of the wildlife by species. Further, the form includes a certification by the exporter or the exporter's agent attesting to the truth and completeness of the form to the best of his/her knowledge and belief. *See* 50 C.F.R. §§ 14.61, 14.63.

6. In addition to the USFWS Form 3-177, other documents, including invoices, waybills, and any required CITES export permits, are required to be presented to an officer of the USFWS or Customs and Border Protection officer before obtaining export clearance. 50 C.F.R. § 14.52, 19 C.F.R. § 148.11.

7. Florida Administrative Code 68A-25.002, "General Provisions for Taking,

Possession and Sale of Reptiles" provided in Section "(6) Turtles," Subsection "(c) Sale – No person shall buy, sell, or possess for sale turtles, their eggs or parts thereof, that have been taken from the wild."

## CONSPIRACY TO ILLEGALLY TRAFFIC WILDLIFE IN INTERSTATE AND FOREIGN COMMERCE

8. Beginning in or around April 2017, and continuing until in or around April 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**MICHAEL J. VAN NOSTRAND**
**and**
**STRICTLY REPTILES, INC.,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other and with others known and unknown to the Acting United States Attorney, to commit an offense against the United States, by knowingly exporting wildlife, that is, three-stripe mud turtles (*Kinosternon baurii*), Florida mud turtles (*Kinosternon subrubrum steindachneri*), musk turtles (*Sternotherus odoratus*), soft-shell turtles (*Apalone ferox*), and chicken turtles (*Deirochelys reticularia*), knowing that said wildlife were transported and sold in violation of the laws and regulations of the United States, that is, Title 16, United States Code, Sections 3372(a)(2)(A), 3372(d)(1), (2), 3373(d)(1)(A), 3373(d)(3)(A) and Title 18, United States Code, Section 554.

### Purpose of the Conspiracy

9. The purpose of the conspiracy was for the defendants and their co-conspirators to smuggle turtles protected under the laws of the State of Florida out of the United States for financial gain.

## Manner and Means of the Conspiracy

The manner and means by which the defendants sought to accomplish the object and purpose of the conspiracy included, among others, the following:

10. The coconspirators established a network of "collectors" adept at finding and capturing various species of turtles from the wild within the State of Florida and concealing that activity, in part, by having collectors obtain licenses from the State of Florida to maintain and sell "captive-bred" turtles to provide the appearance the turtles were legally obtained.

11. The collectors would periodically transport turtles taken from the wild to the business premises of **STRICTLY REPTILES, INC.**, in Hollywood, Florida, where **MICHAEL J. VAN NOSTRAND** or other coconspirators would pay the collectors for the turtles, by business checks drawn on the accounts of **STRICTLY REPTILES, INC.**

12. **STRICTLY REPTILES, INC., MICHAEL J. VAN NOSTRAND** and other coconspirators, using instrumentalities of interstate and foreign commerce, would market, sell, and ship the illegally acquired turtles to both interstate and foreign customers, including purchasers in Louisiana, California, Japan, and China.

13. To conceal the illegal origin of the turtles, USFWS Forms 3-177 were prepared for each of the international shipments which contained a false "origin code" attesting that the turtles were captive bred and not wild-caught.

14. **STRICTLY REPTILES, INC., MICHAEL J. VAN NOSTRAND** and other coconspirators benefitted from the illegal sale of the wild-caught turtles through the payments remitted by interstate and foreign customers for the merchandise.

## Overt Acts

In furtherance of the conspiracy, and to accomplish the purpose thereof, at least one of the defendants, **MICHAEL J. VAN NOSTRAND and STRICTLY REPTILES, INC.**, or one or more of their co-conspirators, committed and caused to be committed in the Southern District of Florida, and elsewhere, one or more of the following overt acts, among others:

### OVERT ACTS

1. On or about April 15, 2017, a coconspirator sold turtles, trapped from the wild in the State of Florida, to **MICHAEL VAN NOSTRAND** and **STRICTLY REPTILES, INC.** in Hollywood, Florida, for $301.50.

2. On or about June 8, 2017, a coconspirator signed a check in the amount of approximately $1,161 in payment to a coconspirator as compensation for the delivery of approximately 100 three-stripe MUD turtles (*Kinosternon baurii*) and 100 musk turtles (*Sternotherus odoratus*), taken from the wild, to **STRICTLY REPTILES, INC.** in Hollywood, Florida.

3. On or about June 22, 2017, **MICHAEL VAN NOSTRAND** placed a phone call to a coconspirator requesting that the coconspirator provide three-stripe mud turtles.

4. On or about August 23, 2017, **MICHAEL VAN NOSTRAND** negotiated the purchase of fifty-four (54) wild-caught Florida turtles including thirty-two (32) three-stripe mud turtles and twenty-two (22) musk turtles, which he purchased with a check in the amount of $546.00, drawn on the account of **STRICTLY REPTILES, INC.** in Hollywood, Florida.

5. On or about November 22, 2017, **MICHAEL VAN NOSTRAND** sent a text message to Cooperating Source 1 (hereafter CS1), requesting that CS1 provide a minimum of thirty (30) adult three-stripe mud turtles.

6. On or about November 24, 2017, **MICHAEL VAN NOSTRAND** and a coconspirator sorted and purchased wild-caught Florida turtles from CS1, including thirty-five (35) three-stripe mud turtles, ten (10) musk turtles, and one (1) soft-shell turtle (*Apalone ferox*) paid by a business check in the amount of approximately $548.00, signed by **MICHAEL VAN NOSTRAND**, and annotated with an invoice number, "965651."

7. On or about August 27, 2018, **STRICTLY REPTILES, INC.**, through its website "www.strictlyreptiles.tv" sold approximately thirty (30) wild-caught three-striped

   mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $1,050 plus shipping costs.

8 On or about September 13, 2018, **MICHAEL VAN NOSTRAND, STRICTLY REPTILES, INC.**, and a coconspirator purchased approximately seven (7) three-striped mud turtles and three (3) musk turtles captured from the wild in the State of Florida, after specifically being advised by the seller that the seller had acquired the three-stripe mud turtles the night before.

9 On or about September 17, 2018, **STRICTLY REPTILES, INC.**, through its website "www.strictlyreptiles.tv," sold approximately twenty-five (25) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $875.00 plus shipping costs.

10 On or about September 21, 2018, **MICHAEL VAN NOSTRAND**, on behalf of **STRICTLY REPTILES, INC.**, purchased approximately twenty-eight wild-caught three-stripe turtles and four (4) wild-caught musk turtles.

11 On or about September 21, 2018, **MICHAEL VAN NOSTRAND** stated to a harvester of turtles from the wild in the State of Florida, "Get me more three-stripes . . . ."

12 On or about September 24, 2018, through its website "www.strictlyreptiles.tv," **STRICTLY REPTILES, INC.** sold approximately forty-five (45) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $1,800.00 plus shipping costs.

13 On or about October 1, 2018, through its website "www.strictlyreptiles.tv," **STRICTLY REPTILES, INC.** sold approximately twenty (20) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $800.00 plus shipping costs.

14 On or about October 4, 2018, in response to a text message inquiry from a supplier of Florida wild-caught turtles regarding any need at **STRICTLY REPTILES, INC.** for iguanas or brown anoles, **MICHAEL VAN NOSTRAND** advised the supplier "Yes … and 3 stripes."

15 On or about October 5, 2018, **MICHAEL VAN NOSTRAND**, on behalf of **STRICTLY REPTILES, INC.**, purchased approximately sixty-nine (69) wild-caught three-stripe mud turtles (*Kinosternon baurii*), which he purchased by

business check in the amount of $1,088.00.

16    On or about October 5, 2018, **MICHAEL VAN NOSTRAND,** during a conversation with a supplier of three-stripe mud turtles (*Kinosternon baurii*), harvested from the wild in the State of Florida, asked the supplier, "Can you get more this weekend."

17    On or about October 9, 2018, **MICHAEL VAN NOSTRAND** initiated an exchange of text messages to a supplier of Florida wild-caught turtles during which **MICHAEL VAN NOSTRAND** advised "Need more 3 stripes . . . All you can get." When the supplier responded that he was "Waiting for the wind to let off so I can get more," **MICHAEL VAN NOSTRAND** replied, "K."

18    On or about October 17, 2018, **MICHAEL VAN NOSTRAND** purchased approximately fifty-nine (59) wild-caught three-stripe mud turtles (*Kinosternon baurii*), ten (10) wild-caught common mud turtles (*Kinosternon subrubrum*), and two (2) wild-caught soft-shell turtles (*Apalone ferox*), paying by business check number 40876 in the amount of $970.00, drawn on the account of **STRICTLY REPTILES, INC.**

19    On or about October 25, 2018, a coconspirator transported approximately 292 wild-caught three-striped mud turtles (*Kinosternon baurii*), to Miami International Airport, on behalf of **STRICTLY REPTILES, INC.,** which were described on a required accompanying Declaration, under penalty of perjury, as sourced from captivity, which were consigned and exported to Shanghai, China.

20    On or about October 29, 2018, **MICHAEL VAN NOSTRAND** purchased approximately forty-five (45) wild-caught three-stripe mud turtles (*Kinosternon baurii*) and one (1) Florida mud turtle (*Kinosternon subrubrum steindachneri*), paying by business check number 40929 in the amount of $710.00, drawn on the account of **STRICTLY REPTILES, INC.**

21    On or about October 29, 2018, a coconspirator, acting within the scope of her employment at **STRICTLY REPTILES, INC.,** sent an email from the internet address sreptilesnicky@aol.com to an undercover agent of the FWS located in Louisiana, advising that three-striped mud turtles were being added to **STRICTLY's** pricelist at a cost of $40 for each turtle, and stating, " Please give us time to work on this and you should see it within the hour."

22    On or about October 29, 2018, through its website "www.strictlyreptiles.tv," **STRICTLY REPTILES, INC.** sold approximately fifty (50) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $2,000.00 plus shipping costs.

23   On or about January 10, 2019, at the business premises of **STRICTLY REPTILES, INC.**, a coconspirator purchased approximately thirty-eight (38) wild-caught three-stripe mud turtles (*Kinosternon baurii*), paid by business check number 41218, in the amount of approximately $573.00, which he signed in the name **MICHAEL VAN NOSTRAND.**

24   On or about January 17, 2019, at the business premises of **STRICTLY REPTILES, INC.**, coconspirators purchased approximately twenty-four (24) wild-caught three-stripe mud turtles (*Kinosternon baurii*), paid by business check number 40240, in the amount of approximately $369.00, signed in the name **MICHAEL VAN NOSTRAND.**

25   On or about January 23, 2019, **MICHAEL VAN NOSTRAND** contacted a supplier of wild-caught Florida turtles by text message stating, "I need more 3 stripes" and when advised by the supplier, "Ok I can go tonight," **MICHAEL VAN NOSTRAND** responded "Great."

26   On or about January 24, 2019, at the business premises of **STRICTLY REPTILES, INC., MICHAEL VAN NOSTRAND** and other coconspirators purchased approximately fifty-six (56) wild-caught three-stripe mud turtles (*Kinosternon baurii*), paid by business check number 42014, in the amount of approximately $851.00, signed in the name **MICHAEL VAN NOSTRAND.**

27   On or about January 25, 2019, through Miami International Airport, **STRICTLY REPTILES, INC.** exported to Japan approximately 50 (fifty) three-striped mud turtles (*Kinosternon baurii*), which were described on a required accompanying Declaration, under penalty of perjury, as sourced from captivity, with a total declared value of $2,000.00.

28.  On or about January 31, 2019, at the business premises of **STRICTLY REPTILES, INC., MICHAEL VAN NOSTRAND** and other coconspirators purchased approximately fifty-five (55) wild-caught three-stripe mud turtles (*Kinosternon baurii*) and approximately two (2) wild-caught Florida mud turtles (*Kinosternon subrubrum steindachneri*), paid by business check number 42038, in the amount of approximately $925.00, signed in the name **MICHAEL VAN NOSTRAND.**

29   On or about February 1, 2019, through its website "www.strictly reptiles.tv," **STRICTLY REPTILES, INC.**, through a coconspirator, sold approximately forty (40) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of Louisiana for approximately $1,600.00 plus shipping costs.

30  On or about February 12, 2019, **STRICTLY REPTILES, INC.** sold approximately four hundred (400) wild-caught three-striped mud turtles (*Kinosternon baurii*), in interstate commerce from the State of Florida to a purchaser in the State of California for approximately $16,875.00.

All in violation of Title 18, United States Code, Section 371.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Thomas A. Watts-FitzGerald
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

### CERTIFICATE OF TRIAL ATTORNEY*

**Michael Van Nostrand, et al.**

**Superseding Case Information:**

_____ Defendants. ___/

| | | |
|---|---|---|
| **Court Division:** (Select One) | New defendant(s) | Yes ___ No ___ |
| ✓ Miami ___ Key West | Number of new defendants | ___ |
| ___ FTL ___ WPB ___ FTP | Total number of counts | ___ |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect   _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days         ✓          Petty         ___
   II   6 to 10 days        ___        Minor         ___
   III  11 to 20 days       ___        Misdem.       ___
   IV   21 to 60 days       ___        Felony        ✓
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes: Magistrate Case No.    19-MJ-02161-TORRES
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ___    No ✓

_____
THOMAS WATTS-FITZGERALD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0273538

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MICHAEL VON NOSTRAND

**Case No:** _____

Counts #: 1

Conspiracy to traffic illegal wildlife in interstate and foreign commerce

Title 18, United States Code, Section 371

**\* Max. Penalty**:        Five (5) years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: STRICTLY REPTILES, INC.

**Case No**: _____

Counts #: 1

Conspiracy to traffic illegal wildlife in interstate and foreign commerce

Title 18, United States Code, Section 371

\* **Max. Penalty**:           $500,000 Fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Michael Van Nostrand | ) | |
| | ) | |
| _Defendants_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| Strictly Reptiles, Inc. | ) |
| *Defendants* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*